

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2018

No. 04-18-00296-CV

**IN THE INTEREST OF I. J. P.**, a Child,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00001
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

The appellants' briefs were due June 19, 2018. Appellants have each filed a motion for extension of time, requesting an additional twenty days to file the briefs. We grant the motions and order appellants' briefs due July 9, 2018.

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. See Tex. R. Jud. Admin. 6.2. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court